UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEQUOIA FINANCIAL SOLUTIONS, INC.,

    Plaintiff,

v.                                                             Case No.  6:12-cv-1732-Orl-22TBS

JUSTIN DAVID HENRY, et al,

    Defendants.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion to Alter/Amend Order Denying Confirmation of Foreclosure Sale and/or Renewed Motion for Confirmation (Doc. 27). The motion is due to be denied.

Plaintiff's previous motion to confirm the foreclosure sale was denied because the proof of publication showed non-compliance with the Court's order that the notice of sale be published once a week for four weeks. (Doc. 26). Plaintiff's renewed motion satisfies the Court that the newspaper committed a scrivener's error in the proof of publication and that the sale was properly noticed. (Doc. 27-1).

Still, the sale cannot be confirmed. On September 19, 2013, the Court entered its order appointing Lynn Cole as special master to conduct the sale. (Doc. 24). The Memorandum of Sale filed by Plaintiff shows that a person named Kristy Mattice Wachsmuth, Law Offices of Lynn Cole, P.A., "as a duly appointed Special Master," conducted the sale. (Doc. 27-2). Kristy Mattice Wachsmuth was never appointed as the Court's special master. Plaintiff proposed the appointment of "the law firm of Lynn Cole, P.A." as special master but the Court struck Plaintiff's proposed language and

appointed Lynn Cole.  (Docs. 23-1; 24).  Because Lynn Cole did not conduct the sale, it cannot be confirmed, and Plaintiff's motion (Doc. 27), is DENIED.

DONE AND ORDERED in Orlando, Florida, on December 23, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Any Unrepresented Parties