UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SEQUOIA FINANCIAL SOLUTIONS, INC.,**

        **Plaintiff,**

v.                                                                          Case No:   6:12-cv-1732-Orl-22TBS

**JUSTIN D. HENRY, JESSICA C. HENRY and VILLAGE GROVE OF WINTER GARDEN HOMEOWNERS ASSOCIATION, INC.,**

        **Defendants.**

**ORDER**

This cause is before the Court on Plaintiff's Motion to Alter/Amend Order Denying Confirmation of Foreclosure Sale and/or Renewed Motion for Confirmation (Doc. No. 29) filed on January 16, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. The Court finds that it would be unduly harsh and would prejudice Plaintiff by imposing the expense of re-publication and re-sale because Ms. Wachsmuth conducted the sale instead of Ms. Cole. Plaintiff's counsel is warned that in the future the Court will strictly enforce its Orders, and noncompliance may subject counsel to sanctions.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 24, 2014 (Doc. No. 30), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion to Alter/Amend Order Denying Confirmation of Foreclosure Sale and/or Renewed Motion for Confirmation is hereby GRANTED.

3. The Court will enter a separate order confirming the foreclosure sale, certificate of title and writ of possession.   Thereafter, the Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2014.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties